**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Johan De Meij, d/b/a Amstel Music BV, )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>Tempe Union High School District, et al.,  )<br>)<br>Defendants.  )<br>_____ ) | No. CIV 04-0341 PHX RCB<br><br>O R D E R |

The Court has been informed that the parties in this matter have reached a global settlement that will result in the dismissal of the entire action.

Therefore,

IT IS ORDERED that all pending motions in this matter, regardless of filer, are DENIED as moot.

IT IS FURTHER ORDERED that the hearing scheduled on October

. . .

1  17, 2005, at 11:00am is vacated.
2       DATED this 5th day of October, 2005.
3
4
5  _____
   Robert C. Broomfield
6  Senior United States District Judge
7
8  Copies to counsel of record

-2-